DUSTIN R. MARCELLO, ESQ.
Nevada Bar No. 10134
**PITARO & FUMO, CHTD.**
601 Las Vegas Blvd. S.
Las Vegas, NV 89101
(702) 474-7554 Fax
(702) 474-4210 Phone
Attorney for Defendant: CHIVAS GRAVES
Email: Kristine.fumolaw@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-mj-00392-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION FOR PRE-PLEA CALCULATION OF CRIMINAL HISTORY** |
| CHIVAS GRAVES, | |
| Defendant | |

COMES NOW, Defendant CHIVAS GRAVES, by and through his counsel of record, DUSTIN R. MARCELLO, ESQ., of the law firm of PITARO & FUMO, CHTD., hereby submits the attached Points and Authorities in support of Defendant's Motion Pre-plea Calculation of Criminal History

This Motion is made and based upon all the papers and pleadings on file herein, the attached points and authorities in support hereof, and oral argument at the time of hearing, if deemed necessary by this Honorable Court.

DATED: October 25, 2019

**PITARO & FUMO, CHTD.**

/s/ Dustin R. Marcello,
Dustin R. Marcello, Esq.
Nevada Bar No. 10134

# MEMORADUM OF POINTS AND AUTHORITIES

## I.
## STATEMENT OF FACTS

On May 29, 2019 a Criminal Complaint was filed against Chivas Graves alleging one (1) Count of Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §846(a)(1) and 841 (b)(1)(A)(viii). The Parties are contemplating a plea but there is an open question whether Mr. Graves qualifies as a career offender and the effect of his criminal history on the potential guideline range. Accordingly, it is respectfully requested that United States Department of Parole & Probation prepare a pre-plea calculation of Mr. Graves criminal history category so that the Parties may successfully resolve the case.

## II.
## LEGAL ARGUMENT

A presentence investigation may be initiated prior to entry of a guilty plea or nolo contendere or prior to the establishment of guilt. See, Fed. R. Crim. P. 32.

Counsel requires a pre-plea presentence report to determine whether Mr. Graves is potentially eligible for either Career Offender or Armed Career Criminal status.

Counsel understands that Mr. Graves has prior felony convictions, however, Counsel cannot accurately calculate whether Mr. Graves qualifies as a Career Offender or for the Armed Career Criminal ("ACCA") sentencing enhancements without the information that would be provided in the Pre-Plea PSR. Mr. Graves' eligibility for Career Offender and the ACCA will drastically impact his sentencing exposure, potential negotiations, and his decision as to how he should proceed in this matter. In addition, the timing of Mr. Graves' prior convictions could impact his sentencing guideline range and criminal history score. A pre-plea presentence report

will promote judicial economy and could greatly expedite the manner in which this case is resolved. Furthermore, Mr. Graves consents to the pre-plea presentence investigation.

Counsel for Mr. Graves has spoken to the Government, and the Government does not oppose the instant motion.

Therefore, undersigned counsel respectfully requests this Court issue an Order directing the United States Department of Parole & Probation to conduct a pre-plea presentence investigation on Mr. Graves.

## III.
## CONCLUSION

Based on the foregoing, Defendant asks this Court to grant his Motion to Conduct a Pre-Plea Presentence Report. Defendant further requests this Court order United States Probation to conduct a pre-plea presentence investigation and prepare a report for Mr. Graves.

DATED: October 25, 2019

           **PITARO & FUMO, CHTD.**

           /s/ Dustin R. Marcello,_____
           Dustin R. Marcello, Esq.
           Nevada Bar No. 10134

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  October 28, 2019